UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ERNIE PERKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00206-MPB-MG |
| | ) | |
| S. KALLIS, | ) | |
| T. RULE, | ) | |
| | ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The petition for relief pursuant to 28 U.S.C. § 2241 is **dismissed without prejudice.**

Date: June 29, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford_____
Deputy Clerk, U.S. District Court

Distribution:

ERNIE PERKINS
03683-061
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov